UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA A. BURKS | Case No.: CIV-05-00921-MCE-GGH |
| Plaintiff, | [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JO ANNE BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties, electronically filed November 23, 2005, showing good cause for a requested first extension of Plaintiff's time to reply to Defendant's cross-motion for summary judgment, the request is hereby APPROVED.

Plaintiff shall file her reply on or before December 12, 2005.

SO ORDERED.

DATED: Nov. 29, 2005

**GREGORY G. HOLLOWS**

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

3