1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  KATHERINE R. LOO
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8  Attorneys for Defendant

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11  DEBRA A. BURKS,
                                    CASE NO. 2:05-CV-00921-GGH
12       Plaintiff,

13       v.                         STIPULATION AND          ORDER

14  JO ANNE B. BARNHART,
     Commissioner of
15   Social Security,

16       Defendant

17

18

19       IT IS HEREBY STIPULATED by and between the parties through

20  their undersigned counsel, subject to the approval of the Court,

21  that counsel for Plaintiff, BARBARA M. RIZZO, be awarded

22  attorney's fees under the Equal Access to Justice Act (EAJA) in

23  the amount of FIVE THOUSAND AND 00/100 DOLLARS ($5,000.00), and

24  costs in the amount of FOUR HUNDRED SIXTY ONE AND 61/100 DOLLARS

25  ($461.61), representing compensation for legal services rendered

26  on behalf of Plaintiff by her attorney in accordance with 28

27  U.S.C. § 2412(d).

28

BURKS v. CSS
EAJA Fee Stip. & Order                  1
2:05-00921-GGH

Payment of the amounts specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees and costs in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

DATED: December 14, 2006     /s/ Barbara M. Rizzo (as authorized on December 14, 2006)
BARBARA M. RIZZO
Attorney at Law

Attorney for Plaintiff

DATED: December 14, 2006     McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya for
KATHERINE R. LOO
Special Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U. S. Social Security Administration

BURKS v. CSS
EAJA Fee Stip. & Order
2:05-00921-GGH

2

ORDER

Upon stipulation of the parties, Counsel for Plaintiff, BARBARA M. RIZZO, is hereby awarded attorney fees under the Equal Access to Justice Act in the amount of $5,000.00, and costs in the amount of $461.61.

APPROVED AND SO ORDERED.

DATED: Jan. 2, 2007

_GREGORY G. HOLLOWS_
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

BURKS v. CSS
EAJA Fee Stip. & Order
2:05-00921-GGH

3